| | |
|---|---|
| M. Elizabeth Graham (Bar No. 143085)<br>**GRANT & EISENHOFFER, P.A.**<br>201 Mission Street, Suite 1200<br>San Francisco, CA 94105<br>Telephone: (415) 229-9720<br>Fax: (415) 789-4367<br>Email: egraham@gelaw.com | Kimberly Channick (Bar No. 325089)<br>**WALSH LAW PLLC**<br>13428 Maxella Avenue, #203<br>Marina del Rey, CA 90292<br>Telephone: (213) 863-4276<br>Fax: (202) 780-3678<br>Email: kchannick@alexwalshlaw.com |
| Warren Postman (Bar No. 330869)<br>**KELLER POSTMAN LLC**<br>1300 I Street, N.W., Suite 400E<br>Washington, D.C. 20005<br>Telephone: (202) 749-8334<br>Fax: (312) 971-3502<br>Email: wdp@kellerpostman.com | Alexandra M. Walsh (pro hac vice forthcoming)<br>**WALSH LAW PLLC**<br>1050 Connecticut Ave, NW, Suite 500<br>Washington, D.C. 20036<br>Telephone: (202) 780-4127<br>Fax: (202) 780-3678<br>Email: awalsh@alexwalshlaw.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA THOMAS, on her own behalf and as representative of the estate of J.T, AMEERAH JOHNSON-MERRIDA, on her own behalf and on behalf of her minor child W.M., NILA MAEDER, on her own behalf and on behalf of her minor child P.H., MARA DIAZ, on her own behalf and on behalf of her minor child C.M., MARIA EBERHART, on her own behalf and on behalf of her minor child Z.S., VIRJINIA VIERA, on her own behalf and on behalf of her minor child V.S., LISA FORREST, on her own behalf and on behalf of her minor child N.L., and SYLVIA MADISON, on her own behalf and as representative of the estate of E.O.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, SUTTER BAY HOSPITALS, D/B/A ALTA BATES SUMMIT MEDICAL CENTER— ALTA BATES CAMPUS AND ALTA | Case No.:   4:22-cv-02460-HSG<br><br>Superior Court of California for the County of Alameda Case No. 22CV008511<br><br>**ORDER DENYING MOTION TO RULE ON THE MOTIONS' PAPERS**<br><br>**Judge:**        Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | BATES SUMMIT MEDICAL CENTER— |
| 2 | SUMMIT CAMPUS, and DOES 1-10, inclusive, |
| 3 | |
| | *Defendants.* |

Considering the papers and arguments, and finding good cause, the Motion to Rule on the Motions' Papers is DENIED.

IT IS SO ORDERED.

Date: 5/20/2022

DENIED

*Haywood S. Gilliam Jr.*

Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

ORDER